IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| Exponation, LLC | ) |
| | ) Case No. 20-70013 |
| Debtor. | ) |

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO F.R.B.P. RULE 3001(e)(1)

The undersigned hereby provides Notice of Transfer of Claim in the above-referenced bankruptcy proceeding. Claim number 2, in the amount of $36,000.00, has been transferred from Transferor to Transferee, with evidence of such transfer attached hereto as Exhibit A.

Transferee:

Guaranteed Claim Funding LLC
P.O. Box 735491
Chicago, IL 60673-5491

Transferor:

BrightSign LLC
983-A University Avenue
Los Gatos, CA 95032

Dated: October 5, 2023

/s/ Nathalie Sar
By: Nathalie Sar, Manager
Guaranteed Claim Funding LLC